UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| CHRISTOPHER ADAMS, ) | |
| ) | Case No. 1:16-cv-335 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Susan K. Lee |
| DAVE BAKER, ) | |
| ) | |
| *Defendant*. ) | |

## JUDGMENT ORDER

For the reasons set forth in the accompanying trial opinion, the Court finds that Defendant Dave Baker retaliated against Plaintiff Christopher Adams for exercising his constitutional rights under the First Amendment. Accordingly, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff Christopher Adams recover from Defendant Dave Baker the total amount of $14,710, along with any interest provided by law and any costs and fees allowed by Rule 58(e) of the Federal Rules of Civil Procedure.

There being no further matters before the Court, the clerk is **DIRECTED** to **CLOSE** the case.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ John Medearis
  CLERK OF COURT