UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| CHRISTOPHER ADAMS, | ) |
| | ) Case No. 1:16-cv-335 |
| *Plaintiff*, | ) |
| | ) Judge Travis R. McDonough |
| v. | ) |
| | ) Magistrate Judge Susan K. Lee |
| DAVE BAKER, | ) |
| | ) |
| *Defendant*. | ) |

## ORDER OF DISBURSEMENT

Before the Court is Plaintiff Christopher Adams's motion for an order of disbursement (Doc. 231). The Court allowed Plaintiff until August 30, 2019, to send a check for the remaining amount he owed in attendance and mileage fees to the witnesses he subpoenaed for trial. (Doc. 228.) Plaintiff has now sent the full amount, and $550.90 is on deposit with the Clerk of Court. (Doc. 231; *see also* Docs. 216, 228.) Accordingly, the Court **GRANTS** Plaintiff's motion for an order of disbursement (Doc. 231).

It is **ORDERED** that the following amounts be paid and disbursed to the following witnesses: $110.18 to Brian Lovitt, for his attendance at and mileage driven for the first day of trial; $220.36 to Sean Smith, for his attendance at and mileage driven for the first and second days of trial; and $220.36 to Robert Stith, for his attendance at and mileage driven for the first and second days of trial.

The Clerk of Court shall mail these payments and copies of this order to Lovitt, Smith, and Stith at their work address, 1045 Horsehead Rd., Pikeville, TN 37367.

**SO ORDERED.**

*/s/ Travis R. McDonough*
**TRAVIS R. MCDONOUGH
UNITED STATES DISTRICT JUDGE**